Case 1:18-cr-00258-EJL *SEALED*   Document 9   Filed 08/17/18   Page 1 of 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
NATALYA BABICHENKO
aka NATALYA SHELUBAY
aka NATALIE BABICHENKO
aka NATALIA BABICHENKO

**SEALED**
**WARRANT FOR ARREST**

CASE NUMBER:  1:18-cr-258-EJL



U.S. MARSHAL
District of Idaho

AUG 1 7 2018

RECEIVED

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **NATALYA BABICHENKO** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §§ 1349, 1343 - Conspiracy to Commit Wire Fraud
18 U.S.C. § 2320(a), (b)(1), (f)(1) - Conspiracy to Traffic Counterfeit Goods
18 U.S.C. § 1956(h) - Conspiracy to Launder Money



United States Courts
District of Idaho
**ISSUED**
Sunny Trumbull
on Aug 17, 2018 1:19 pm

/s/ Sunny Trumbull, Deputy Clerk
Name and Title of Issuing Officer

August 17, 2018
Date

---

**RETURN**

This warrant was received  08-17-2018   and executed with the arrest of the above-named individual at  Treasure Valley, ID.

_____
Signature of Arresting Officer

08-22-2018
Date of Arrest

C. Sheehan, FBI
Name & Title of Arresting Officer